**Alan Isadore Levitt**

8033 West Sunset Boulevard-Suite 477
West Hollywood, California 90046-2401
Telephone: (310) 717-3632
Facsimile:  (323) 848-8314
*Pro Se Counsel for Plaintiff*

FILED
I/S

2009 JUN 10 PM 6: 15

CLERK. U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE

BY _____

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

## CV 09 - 04143 R (FMOx)

| | |
|---|---|
| ALAN ISADORE LEVITT,<br>an individual,<br><br>Plaintiff,<br><br>V.<br><br>PECHANGA RESORT & CASINO<br>aka Pechanga Band of Mission Indians,<br><br>PECHANGA DEVELOPMENT CORP.,<br>dba "Pechanga Resort & Casino"<br>incorporated Indian tribe,<br><br>PECHANGA GAMING COMMISSION,<br>"a citizen of state", incorporated tribe arm)<br><br>WS INVESTIGATIONS, INC.,<br>dba Walter Stewart Investigations, Inc.,<br>a California corporation,<br><br>WALTER STEWART, an individual,<br>MARK MACARRO, an individual,<br>AMY MINNEAR, an individual,<br>JIM MUNOA, an individual,<br>NORMAN PICO, SR., an individual,<br>LARRY MIRANDA, an individual,<br>JIM HERRERA RUSSELL, an individual,<br>JOHN J. JAMES, an individual,<br>BRIAN HEBERT, an individual,<br><br>and<br>DOES 1 through 10, inclusive;<br><br>Defendants. | CASE NO . _____<br><br>**CIVIL COMPLAINT FOR:**<br>PERSONAL INJURY DIRECT CAUSATION-<br>STROKE - CA CCP SECT 25 & 29.<br>DUE PROCESS RIGHT TO COUNSEL - 42 U.S.C.<br>CONSPIRACY AGAINST RIGHTS, CONSPIRACY<br>TO COMMIT A CRIME, CONSPIRACY TO<br>COMMIT KIDNAPPING - 18 U.S.C. Section 241.<br>KIDNAPPING WITH USE OF DEADLY WEAPON<br>COERCION WITH USE OF A DEADLY<br>WEAPON - 18 U.S.C. Section 241.<br>"RICO" CASINO EXTORTION CORRUPTION<br>BY MANAGEMENT - 18 U.S.C. Sect. 1963, 1964.<br>EMBEZZLEMENT AND THEFT FROM INDIAN)<br>TRIBAL ORGANIZATIONS 18 U.S.C. Sect 1163.<br>THEFT FROM GAMING ESTABLISHMENTS<br>ON INDIAN LANDS - 18 U.S.C. Section 1167.<br>THEFT BY OFFICERS OR EMPLOYEES OF<br>GAMING ESTABLISHMENTS ON INDIAN<br>LANDS - 18 U.S.C. Section 1168.<br>OFFENSES COMMITTED WITHIN INDIAN<br>COUNTRY - 18 U.S.C. Section 1153.<br>DEFAMATION - 28 U.S.C. Section 1332.<br>LOSS OF PARENTAL CONSORTIUM<br>BREACH OF CONFIDENCE - CA CCP SECT 26.<br>INTENTIONAL AFFLICATION OF<br>EMOTIONAL DISTRESS - CA CCP SECT 25/29<br>TRESPASSING - PERSONAL RESIDENCE<br>18 U.S.C Section 7011<br>HARASSMENT OF NON-EMPLOYEE<br>18 U.S.C. Section 1514.<br>TORTIOUS INTERFERENCE WITH<br>ADVANTAGEOUS BUSINESS<br>RELATIONSHIPS - 42 U.S.C. Section 1981 |

ALAN ISADORE LEVITT
8033 West Sunset Boulevard-Suite 477
West Hollywood, California 90046-2401

## COMPLAINT AND JURY TRIAL DEMAND

Plaintiff, ALAN ISADORE LEVITT, by and through his

undersigned *Pro Se Counsel*, sues Defendants, PECHANGA RESORT

& CASINO ("PR&C"), PECHANGA DEVELOPMENT

CORPORATION ("PDC"), PECHANGA GAMING COMMISSION

("PGC"), WS INVESTIGATIONS, INCORPORATED,

WALTER STEWART, MARK MACARRO, AMY MINNEAR, JIM

MUNOA, NORMAN PICO, SR., LARRY MIRANDA, JIM HERRERA

RUSSELL, JOHN J. JAMES, BRIAN HEBERT, and states as follows:

## JURISDICTION

1.     This is a seventeen (17) count action brought pursuant to the laws
of the United States, to wit, for Personal Injury Direct Causation Stroke
CA, CCP Sect 25, 29; Due Process Right To Counsel violation, 42 U.S.C.
Conspiracy Against Rights, Conspiracy To Commit A Crime,
Conspiracy To Commit Kidnapping, 18 U.S.C. Section 241; Kidnapping
With Use Of Deadly Weapon, Coercion With Use Of A Deadly Weapon,
18 U.S.C. Section 241; "Rico" Casino Extortion Corruption By
Management, 18 U.S.C. Section 1963, 1964; Embezzlement And Theft
From Indian Tribal Organizations, 18 U.S.C. Section 1163; Theft From
Gaming Establishments On Indian Lands, 18 U.S.C. Section 1167; Theft
By Officers Or Employees Of Gaming Establishments On Indian
Lands, 18 U.S.C. Section 1168; Offenses Committed Within Indian
Country, 18 U.S.C. Section 1153; Defamation, 28 U.S.C. Section 1332;
Loss Of Parental Consortium, CA CCP Section 25-29; Breach Of
Confidence, 28 U.S.C. Section 1257, CA CCP Section 26; Intentional
Affliction Of Emotional Distress, CA CCP Section 25, 29; Title VII of

the Civil Rights Act of 1964; Trespassing Of Personal Private Residence, 18 U.S.C. Section 7011; Harassment Of Non-Employee, 18 U.S.C. Section 1514; Tortious Interference With Advantageous Business Relationships, 42 U.S.C. Section 1981.

The jurisdiction of the Honorable Court is predicated upon these statutes.

"The Court finds the reasoning in <u>Campo</u> persuasive. A fair reading of the section of the compact is that the Tribe was required to obtain premises liability insurance, make an assurance that any such claims would be adjudicated, and then waive its sovereign immunity to suits :for money damages" arising from torts committed at the casino by adopting a tort liability ordinance. The section does note that the Tribe can place limits or conditions (the "terms and conditions" spoken of) for patrons to go through in order to sue it for damages, but that it need not do so (hence the language, "if any"). That the terms and conditions spoken of were not meant to vest the Tribe with discretion on whether it would waive sovereign immunity in the first instance, one need look no further than the concluding clause identifying, as among such conditions, "procedures for processing any claims for such money damages." The terms and conditions therefore are post-waiver conditions, not conditions as to whether the Tribe would in the first instance waive its immunity. Through section 10.2(d), the Tribe agreed that, it could be sued, but allowed itself the right to set forth procedures and mechanisms (notably, informal and formal arbitration) for those suits to proceed. Undoubtedly the language in the compact must be construed strictly to find such waiver, but this rule of construction does not give license to the Court to ignore or otherwise fail to give effect to the language contained therein."

"Accordingly, the Court holds that the Tribe (and hence, the tribal casino related defendants) has waived its sovereign immunity as to a patron's tort claims (be it intentional or negligence) such as those brought in Plaintiff's complaint; the only remaining question being one of the appropriate forum for bringing such a suit. This finding has an important bearing on whether this Court has subject matter jurisdiction to consider the remaining issues raised by the tribal casino related defendants relating to whether the Plaintiffs exhausted those

ALAN ISADORE LEVITT
8033 West Sunset Boulevard-Suite 477
West Hollywood, California 90046-2401

tribal remedies."

"The tribal entities (and it must be re-mentioned that one of these entities - the gaming commission - has been served with summons prior to the filing of the notice of removal), as part of a federally-recognized Indian tribe, are not a foreign state for purposes of diversity jurisdiction. See Stock West, Inc. v. Confederated Tribes of Colville Reservation, 873 F.2d 1221, 1226 (9th Cir. 1989). Further, an arm of an incorporated Indian tribe, such as the gaming commission, is considered a "citizen" of the state in which it resides for purposes of diversity. American Vantage v. Table Mountain Rancheria, 292 F.3d 1091, 1094 n.1 (9th Cir. 2002) ("An Indian tribe may incorporate either by incorporating under section 17 of the Indian Reorganization Act or it can become a corporation pursuant to its own tribal laws. An Incorporated tribe, or an incorporated arm of a tribe, is like any other corporation, ordinarily a citizen of the state in which it resides")."

"Here, the Tribe is located in the State of California and therefore is considered a citizen of this State. (HEE SUNG SONG  v. Pechanga Resort & Casino and Pechanga Gaming Commission, the Honorable United States District Judge, Stephen G. Larson, ruled in his Opinion dated February 20, 2008 in U.S. District Court, Central District Of California, in Riverside, California."

## VENUE

1.     Venue is proper in the Central District of California in that the

illegal acts complained of occurred in this District, and Defendants

have, at all relevant times, maintained its corporate and tribal offices

and personal residences in the District.

ALAN ISADORE LEVITT
8033 West Sunset Boulevard-Suite 477
West Hollywood, California 90046-2401

## PARTIES

2.      Plaintiff is a 57 year old accountant and former Casino Pit Boss with over 35 years of professional accounting and casino operations experience at the federal and corporate level.  Plaintiff was a ProForma Accounting Manager for the FDIC in Florida, a Senior Accountant at 20th Century-Fox movie studio in Beverly Hills, California, a Casino Supervisor at the MGM Grand Hotel & Casino in Las Vegas, Nevada and relocated to Temecula, CA to accept offer from Pechanga casino. Plaintiff was born in Philadelphia, Pennsylvania on April 19, 1952. Plaintiff attended Upper Dublin High School in Fort Washington, PA. Plaintiff graduated from University of Miami, Coral Gables, Florida in June, 1973, with a BBA degree majoring in Accounting.  Plaintiff's primary job requirement as a Casino Pit Boss was to ensure the integrity of the casino table games, protect the casino's assets and properly complete the IRS Form 103 entitled Currency Transaction Report by Casinos for U.S. Code 31, known as Title 31, also known as the Bank Secrecy Act, which became applicable to Indian Gaming on August 1, 1996.  The primary purpose of Title 31 is to provide information to the appropriate Federal Agencies in monitoring certain types of monetary transactions that exceed $10,000 in cash in a 24 hour period through the filing by the Casino of a Currency Transaction Report (CTR) with the Internal Revenue Service on a daily basis in a timely manner. (31 U.S. Code Section 103.11(7)(j).

3.      Plaintiff meets with the Honorable United States Senator, John McCain at Las Vegas Hilton sports charity banquet sponsored by long-time acquaintance and humanitarian, Mr. Barron Hilton and the City of Hope cancer medical center.  Plaintiff discussions are related to former President Ronald Reagan, Indian casino lobbyist Jack Abramhoff , federal oversight of Indian Gaming and alleged casino corruption on tribal land at Native American Indian Casinos per U.S.C. 18. Senator McCain is a ranking member of U.S. Senate Indian Affairs Committee in Washington D.C.  Senator McCain signs British Cayman Islands one dollar bill for Plaintiff's daughter, Rachael Levitt.  Plaintiff was in Las Vegas, Nevada, regarding two nice personal employment reference letters from Mr. Barron Hilton, Chairman of Board for Hilton Worldwide, for future employment at Caesars Palace and Paris Hotel,

stating in the first letter, "Dear Alan" "in view of your 14 years of valuable Las Vegas casino experience, it appears to me that the odds are in your favor for a position at our Paris property" signed, "Barron". Plaintiff showed Barron Hilton letter he received from United States Senator Robert F. Kennedy from New York dated April 18, 1967 and photo Barron requested from Plaintiff of Elvis 1969 LV Hilton marquee

4.      Plaintiff was hired on November 10, 2004 as a Casino Table Games Supervisor. Plaintiff was promoted to Casino Pit Boss on November 18, 2005. Plaintiff took a medical leave of absence beginning August 17, 2006. Plaintiff's physician note stated that he suffered a left-sided stroke. Plaintiff returned to work on February 14, 2007. Plaintiff has no history of disciplinary actions. Plaintiff has an excellent attendance record. Plaintiff has completed numerous professional trainings. Plaintiff's most recent performance appraisal reads, "Exceeds Expectations. Usually produces better results than expected, and reacts immediately and maturely to change. Observes operations and contributes valuable ideas for enhancing service and making improvements." (HR letter dated April 4, 2007 from Emily Adams Esq.)

5.      Plaintiff receives commendation letter from Pechanga Casino Shift Manager for "great customer service" dated April 20, 2007.

6.      Plaintiff was successful twice as *Pro Se counsel* versus Pechanga Resort & Casino in California State Court once in Inglewood before the Hon Administrative Law Judge Saciuk, Case No. 2530120/AO-177651 ruled in favor of Plaintiff on November 12, 2008. Pechanga appealed and Judges Figueroa and Richardson in Sacramento, CA affirmed the decision in favor of Plaintiff, once again on January 22, 2009. The losing attorney for Pechanga was Scott Wilson, Esq. in San Diego.

7.      Plaintiff is totally disabled and on social security disability since suffering second life-threatening left-sided stroke on Sunday morning June 10, 2007, less than 24 hours after being intensely interrogated by Pechanga Resort & Casino investigators for 3 ½ hours against his will with Walter Stewart, investigator, armed with concealed weapon.

8.      Plaintiff anticipates hiring seasoned personal injury trial attorney in Beverly Hills with Federal trial experience in Riverside versus

Pechanga in another unrelated civil case, within 30-60 days for future representation in this Federal Court case and will notify this Honorable Court in a timely manner upon acceptance by counsel. Pro Se Plaintiff is prepared to represent himself through all motions, pleadings, discovery, interrogatories to Federal Court trial. Plaintiff's Complaint filed today to comply with two (2) year statute of limitation for personal injury civil suit as Plaintiff suffered 2nd left-sided stroke, June 10, 2007.

## FACTUAL ALLEGATIONS

9.      On Friday, June 8, 2007 at 10:00 pm, Plaintiff, Alan Isadore Levitt, Pechanga Casino Pit Boss, was approached by five Pechanga Resort & Casino armed security officers and told to come with them upstairs via elevator to Pechanga Resort & Casino Gaming Commission executive board room for questioning. Plaintiff was searched for weapons by armed Pechanga casino security, told to sit down at table for further instructions. Plaintiff held against his will in locked room.

10.     Pechanga armed security officers stood both inside and outside the locked Pechanga Gaming Commission board room door from 10:00 pm until 1:30 am, Saturday morning, June 9, 2009.

11.     Two (2) WS investigators hired personally by Jim Munoa, Vice President of the Pechanga Development Corporation (PDC), which oversees casino operations, began an intensive audio taped 3 ½ hour interrogation, of Plaintiff, which lasted until 1:30 am.

12.     At the very beginning of the interrogation, Plaintiff requested to know what this was all about and requested to call his personal attorney, Mr. Eric K. Fogderude, Esq. in Fresno, California at (559) 431-9710. Plaintiff's request for due process and right to counsel was emphatically denied by two Pechanga investigators. Plaintiff informed his attorney of violation of due process and denial of right to counsel the following day to document this violation of Plaintiff's rights.

13.     Investigator, William Stewart, of WS Investigations, office located in San Juan Capistrano, California, began the intense Plaintiff interrogation by informing Plaintiff that there has been an on-going secret three (3) year Department of Justice (DOJ), Federal Bureau of

ALAN ISADORE LEVITT
8033 West Sunset Boulevard-Suite 477
West Hollywood, California 90046-2401

- 7 -

Investigation (FBI) and Internal Revenue Service (IRS) investigation of Pechanga Resort & Casino for corruption including RICO extortion criminal activity misconduct charging $4,000 to be hired and placed in the high limit casino salon and $14 million in embezzlement of dealers tips in chip form by upper casino management and wire transfers.

14.     Plaintiff complied and answered all investigator questions for 3 ½ hours to the best of his knowledge. Plaintiff denied any and all alleged casino corruption misconduct by terminated upper casino management, Larry Miranda, Jim Herrera Russell, John James and Brian Hebert. The two PDC investigators made numerous outrageous, completely false allegations that Plaintiff was Jim Russell's accountant and Jim Russell's tax preparer with possible connections to Larry Miranda and the possible movement of money to British Cayman Island banks because Plaintiff previously had a 2003 British Cayman Island drivers license, and possible links to racketeering kickbacks from Pechanga employees for hire, which all compounded and aggravated Plaintiff's prior 2006 left-sided partial stroke. Within 24 hours of this intense grilling by these two PDC investigators, Plaintiff suffered his second left-sided, life-threatening partial stroke. Plaintiff was in the British Cayman Islands in 2003 to visit his British physician on this overseas British territory and for accounting interviews at the Hyatt in Grand Cayman with Mark Bastis, General Manager per Hyatt letter dated February 25, 2003 and Arthur Anderson, CPA firm in George Town. Conspiracy to commit a crime was for eight (8) Pechanga upper casino management employees listed in this civil suit and William Stewart PDC investigator to unsuccessfully try to implicate Plaintiff with the "Rico" corruption embezzlement because of Plaintiff's 10 year old personal tax matter being handled by Eric K. Fogderude, Esq in Fresno, who wrote 11/27/06 letter to Pechanga Gaming Commission keeping Pechanga privy to the resolution of this Court matter, which Pechanga was privy to by Plaintiff in good faith on first date of hiring. Conspiracy to commit a crime is an agreement between natural persons to break the law at some time in the future, and, in some cases, with at least one overt act in furtherance of that agreement. For the purposes of concurrence, the *actus reus* is a continuing one and parties may join "the plot" later and incur joint liability and conspiracy can be charged where the co-conspirators have been acquitted and/or cannot be traced.

ALAN ISADORE LEVITT
8033 West Sunset Boulevard-Suite 477
West Hollywood, California 90046-2401

- 8 -

15.   Plaintiff never worked and was never scheduled by terminated Jim Herrera Russell, former Director of Casino Table Games or terminated Larry Miranda, former Executive Vice President of Casino Operations, or terminated John James, former Pechanga Casino General Manager or terminated Brian Hebert, former Pechanga Casino Swing Shift Manager, to work in the Pechanga Casino high limit casino gaming salon as Casino Pit Boss.  Plaintiff always worked in low to medium blackjack and roulette casino table games limit.

16.   Plaintiff was falsely and wrongly accused by William Stewart, investigator hired by Jim Munoa, by terminated Jim Munoa, former Vice President of Pechanga Development Corporation (PDC), by terminated Amy Minnear, former Vice President of Pechanga Development Corporation,  and Norman Pico, Sr. , demoted Pechanga Gaming Commission Chairman, and Mark Macarro, current Pechanga Tribal Chairman, of being Jim Herrera Russell's accountant and tax preparer.  Walter Stewart, Pechanga investigator,  told Plaintiff that they had broken into the private home residences of Jim Russell and Larry Miranda in Temecula and they were now in possession of Jim Russell's home computer and Larry Miranda's home computer. Audio tapes from Friday night and Saturday morning June 8-9, 2007 will prove the two PDC investigators, have in their possession, computers of certain Pechanga terminated former employees, who were allegedly implicated in a "Rico" type corruption investigation.

17.   Plaintiff was asked during the final 30 minutes of the 3 ½ hour interrogation, about the status of his 10 year old 1996/1997 personal tax return matter, which was being resolved by Plaintiff's personal attorney, Eric K. Fogderude, Esq, in Fresno, California.  Plaintiff was asked when he was going to Florida for his next appointment with Dr. Hammesfahr, his Neurologist, nominated for Nobel Peace Prize in Medicine for stroke recovery.  Plaintiff told William Stewart, Pechanga investigator that Plaintiff would be in Florida for three (3) days from June 19-22, 2007.  Upon arriving home early on Friday morning, about 3:00 am on June 22, 2007, Plaintiff discovered his home residence was burglarized and the only items missing were his two computers, fax and printer.  Plaintiff notified Pechanga security, his attorney, Eric Fogderude in Fresno, California and the Riverside County Sheriff in Temecula, California, who took digital pictures and dusted for

ALAN ISADORE LEVITT
8033 West Sunset Boulevard-Suite 477
West Hollywood, California 90046-2401

fingerprints and filed an official police report, still open per Sheriff.

18.    Plaintiff was finally released Saturday morning at 1:30 am and told by William Stewart that he was not fired or terminated or suspended but they needed Plaintiff's casino badge.  Plaintiff was told to stay home until this secret three (3) year Pechanga corruption case was over.  Plaintiff was escorted from Pechanga Gaming Commission boardroom by two (2) armed Pechanga Resort & Casino security guards to his Mercedes in parking lot.

19.    Plaintiff went home to his private residence in Temecula, California, and within 24-36 hours Sunday morning, June 10, 2007, began to experience Post Traumatic Stress Disorder and left-sided numbness in his arm and leg.  Plaintiff took a shower and noticed his left arm was completely inoperative.  Plaintiff telephone his personal physician, Dr. Derrick Smith in Temecula, California and being Sunday, Plaintiff left an urgent message and requested an urgent appointment first thing Monday morning at 9:00 am on June 11, 2007, which Dr. Smith accommodated.  Dr. Smith referred Plaintiff to his long-time Neurologist, Dr. William Hammesfahr, in Clearwater, Florida and a referral to Dr. Michael Uzsler, UCLA Medical Director in Nuclear Medicine for updated color brain CT scans to pinpoint source of Plaintiff's brain injury.

20.    Before leaving Dr. Smith's office on Monday morning June 11, 2007, Plaintiff requested and Dr. Smith complied with completion of official Pechanga Resort & Casino medical leave of absence (LOA) form, which he kindly completed his diagnosis of left-sided stroke, requesting six (6) month medical LOA and signed Pechanga medical LOA form dated June 11, 2007.  Plaintiff took medical LOA signed physician form to Pechanga Human Resources Benefits for submission in a timely manner the same morning around 11:00 am.  Plaintiff went home and rested with Nitroglycerine medication and Vicodin for pain. The next day, Tuesday morning, June 12, 2007, Plaintiff received a knock on his door from Federal Express.  Inside the FedEx overnight envelope from Pechanga in Temecula to Plaintiff in Temecula was Plaintiff's termination letter dated the day before, Monday, June 11, 2007, the very same day Plaintiff submitted his physician signed Pechanga medical LOA form also dated Monday, June 11, 2007.

ALAN ISADORE LEVITT
8033 West Sunset Boulevard-Suite 477
West Hollywood, California 90046-2401

ALAN ISADORE LEVITT
8033 West Sunset Boulevard-Suite 477
West Hollywood, California 90046-2401

21.   Plaintiff flew to Clearwater, Florida and was examined by Dr. Hammesfahr, Neurologist from June 19-21, 2007 for specialized neurological examination and treatment of second left-sided stroke and Post Concussive Traumatic Stress Disorder and referral to Dr. Uzsler at UCLA in Santa Monica, California on Thursday, June 28, 2007.

22.   Plaintiff's personal attorney has corresponded with Mr. Wilson the attorney for the Pechanga Resort & Casino and the Pechanga Development Corporation for the past two years in a good faith attempt to resolve this matter with numerous confidential settlement offers. Mr. Wilson and Pechanga have refused to negotiate and resolve this matter, which would have been beneficial to both parties concerned.

23.   Plaintiff has been subjected to false and misleading defamation by Pechanga Resort & Casino and Pechanga Development Corporation and Pechanga Gaming Commission to Pechanga casino employees for the past two (2) years that Plaintiff was terminated on June 11, 2007 because Plaintiff was somehow involved with Pechanga RICO extortion corruption casino misconduct by Jim Russell and Larry Miranda and Brian Hebert, which was never proven to be factual, thus damaging my professional casino and accounting career for future employment. Plaintiff has names, address and phone numbers of former Pechanga casino employees whom were falsely misled regarding my termination by Pechanga investigators hired by terminated Jim Munoa. This breach of confidence from Jim Munoa and William Stewart directly caused intentional affliction of emotion distress towards Plaintiff.

24.   Plaintiff forced to file this Complaint to comply with two (2) year statute of limitations.

25.   Plaintiff received United States Certified Mail letter # 70081830000366367374 dated June 6, 2009 from Pechanga Resort & Casino executive offices envelope with gold foil lettering with inside contents of a color exhibit with an Italian flag background with the words, "Nice computer you got there, It'd be a shame if something happened to it" "Mr. Jim Munoa VP PDC". This letter with four digit numbers 2592 above Pechanga Resort & Casino gold foil was mailed by

Plaintiff to Riverside County Sheriff Deputy Officer Veling for inclusion into his open police report, regarding original Temecula, California Police burglary theft report case # TE07173024 originally dated June 22, 2007 of Plaintiff's home private residence and theft of Plaintiff's two computers, desktop and laptop, fax and printer.

26.   Plaintiff telephoned Pechanga Resort & Casino and asked operator for extension x2592. Plaintiff was informed Mr. Jim Munoa, Vice President of Pechanga Development Corporation (PDC) was recently terminated from executive casino management employment.

27.   John J. James was terminated as Pechanga Resort & Casino General Manager. He was responsible for the overall and day-to-day operations of the property including: Finance, Marketing, Facilities, Hotel, Food & Beverage, Casino Security and Administration during the time of Pechanga Resort & Casino was under secret three (3) year DOJ, FBI, IRS corruption investigation and $14 million embezzlement of dealer tips and RICO extortion corruption to be hired and placed in Pechanga casino high limit salon. James was hired by terminated Jim Munoa and reported directly to Pechanga Development Corporation Board of Executives, terminated Vice President, Jim Munoa and terminated Vice President, Amy Minnear, who inflicted Plaintiff with intentional affliction of emotional distress leading to Plaintiff's stroke and tortuous interference with advantageous business relationships.

28.   Plaintiff was harassed at his personal, private residence in Temecula, CA, on June 3, 2008 at 8:00 pm by these same two PDC investigators for over an hour with questions about possible money wire transfers of funds by Jim Russell and Larry Miranda and John James and Brian Hebert from Pechanga cashier cage to Florida or offshore. Plaintiff denied any knowledge whatsoever regarding any misconduct. These two PDC investigators are guilty of trespassing as Plaintiff resides in a gated community in Temecula, CA. Plaintiff confirmed with Acacia Park Resort management that no permission was granted. Same two investigators questioned Plaintiff, a non-employee, regarding my daughter, Rachael Levitt, and Plaintiff suspects PDC investigators questioned her in Reno, Nevada, directly causing parental alienation and Loss of Consortium by a disruption of father-daughter relationship caused by an injury, such as a life-threatening second stroke.

ALAN ISADORE LEVITT
8033 West Sunset Boulevard-Suite 477
West Hollywood, California 90046-2401

29.   Plaintiff has filed Freedom Of Information Act (FOIA) requests with the Department of Justice (DOJ), the Federal Bureau of Investigation (FBI) and the Internal Revenue Service (IRS) for relevant information concerning secret three (3) year Pechanga corruption case and to attain documentation relating to Plaintiff's full exoneration and copy of audio tapes of Plaintiff's 3 ½ hour interrogation by Pechanga. Per Virna Santos, Asst U.S. Attorney in Fresno to Eric K. Fogderude, Esq., Plaintiff's personal attorney in Fresno, PDC investigator, William Stewart, called Ms. Santos "a dozen times" trying to implicate Plaintiff in Pechanga corruption probe and Ms. Santos told William Stewart to "stop calling me and stop harassing me" at her DOJ office in the future. Plaintiff receives commendation letter from FDIC/RTC as ProForma Accounting Manager in Tampa, Florida, dated February 27, 1991.

30.   Plaintiff reserves right to amend Complaint in a timely manner.

WHEREFORE, Plaintiff demands $27 million judgment against

Defendants for the following relief:

A.   Declare that Defendant's conduct constitutes unlawful

willful PERSONAL INJURY DIRECT CAUSATION STROKE AND

POST TRAUMATIC STRESS DISORDER  in violation of the

California CCP Section 25, 29;

B.   Declare the Defendant's conduct constitutes unlawful denial

of DUE PROCESS RIGHT TO COUNSEL in violation of the 42 U.S.C.;

C.   Declare the Defendant's conduct constitutes unlawful

CONSPIRACY AGAINST RIGHTS, CONSPIRACY TO COMMIT A

CRIME, CONSPIRACY TO COMMIT KIDNAPPING in violation of

the 18 U.S.C. Section 241;

ALAN ISADORE LEVITT
8033 West Sunset Boulevard-Suite 477
West Hollywood, California 90046-2401

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ALAN ISADORE LEVITT
8033 West Sunset Boulevard-Suite 477
West Hollywood, California 90046-2401

**D.**     Declare the Defendant's conduct constitutes unlawful **KIDNAPPING WITH USE OF DEADLY WEAPON, COERCION, COERCION WITH USE OF A DEADLY WEAPON** in violation of the 18 U.S.C. Section 241;

**E.**     Declare the Defendant's conduct constitutes unlawful **"RICO" CASINO EXTORTION CORRUPTION BY MANAGEMENT** in violation of the 18 U.S.C. Section 1963, 1964;

**F.**     Declare the Defendant's conduct constitutes unlawful **EMBEZZLEMENT AND THEFT FROM INDIAN TRIBAL ORGANIZATIONS** in violation of the 18 U.S.C. Section 1163;

**G.**     Declare the Defendant's conduct constitutes unlawful **THEFT FROM GAMING ESTABLISHMENTS ON INDIAN LANDS** in violation of the 18 U.S.C. Section 1167;

**H.**     Declare the Defendant's conduct constitutes unlawful **THEFT BY OFFICERS OR EMPLOYEES OF GAMING ESTABLISHMENTS ON INDIAN LANDS** in violation of the 18 U.S.C. Section 1168 ;

**I.**     Declare the Defendant's conduct constitutes unlawful **OFFENSES COMMITTED WITHIN INDIAN COUNTRY** in violation

of the 18 U.S.C. Section 1153;

   J.      Declare the Defendant's conduct constitutes unlawful

DEFAMATION in violation of the 28 U.S.C. Section 1332;

   K.      Declare the Defendant's conduct constitutes unlawful

LOSS OF PARENTAL CONSORTIUM in violation of the CA CCP,

Sections 25-29.;

   L.      Declare the Defendant's conduct constitutes unlawful

BREACH OF CONFIDENCE in violation of the CA CCP Section 26;

   M.      Declare the Defendant's conduct constitutes unlawful

INTENTIONAL AFFLICTION OF EMOTIONAL DISTRESS in

violation of the CA CCP Section 25, 29;

   N.      Declare the Defendant's conduct constitutes unlawful

TRESPASSING OF PERSONAL PRIVATE RESIDENCE in violation

of the 18 U.S.C. Section 7011;

   O.      Declare the Defendant's conduct constitutes unlawful

HARASSMENT OF NON-EMPLOYEE in violation of the 18 U.S.C.

Section 1514.;

ALAN ISADORE LEVITT
8033 West Sunset Boulevard-Suite 477
West Hollywood, California 90046-2401

**P.**   Declare the Defendant's conduct constitutes unlawful

TORTIOUS INTERFERENCE WITH ADVANTAGEOUS BUSINESS

RELATIONSHIPS in violation of the 42 U.S.C. Section 1981;

**Q.**   Award Plaintiff back pay and lost benefits from "DATE OF

HARM" to RESOLUTION";

**R.**   Award Plaintiff front pay;

**S.**   Award Plaintiff compensatory damages, including damages

for physical injury both in the past and in the future, exacerbation of a

pre-existing physical injury and condition, direct causation of second

left-sided life threatening stroke, false RICO extortion embezzlement

corruption conspiracy per 3 ½ hour interrogation "PDC" investigative

audio tape, emotional distress, mental anguish, false imprisonment,

defamation of professional reputation, humiliation, tortuous

interference of advantageous business relationships, breach of

confidence, loss of parental consortium, post traumatic stress disorder,

and loss of dignity;

**T.**   Award Plaintiff punitive damages for Defendant's willful

misconduct;

ALAN ISADORE LEVITT
8033 West Sunset Boulevard-Suite 477
West Hollywood, California 90046-2401

U.    Award Plaintiff his costs;

V.    Award Plaintiff his pre- and post judgment interest; and

W.    Award Plaintiff any and all further relief the Court deems just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff demands trial by jury of all issues so triable.

Respectfully submitted,

DATED this 10th Day of June, 2009

ALAN ISADORE LEVITT, Plaintiff
8033 W. SUNSET BOULEVARD
SUITE 477
WEST HOLLYWOOD, CA 90046-2401
(310) 717-3632      Fax: (323) 848-8314

By _Alan Isadore Levitt_
ALAN ISADORE LEVITT
*Pro Se Counsel for Plaintiff*

*ALAN ISADORE LEVITT*
*8033 West Sunset Boulevard-Suite 477*
*West Hollywood, California 90046-2401*

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself ☐) | DEFENDANTS |
|---|---|
| ALAN ISADORE LEVITT, an individual, | PECHANGA RESORT & CASINO, PECHANGA GAMING COMMISSION, PECHANGA DEVELOPMENT CORPORATION, *(See attached)* |

| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) | Attorneys (If Known) |
|---|---|
| ALAN ISADORE ISADORE, 8033 WEST SUNSET BLVD-SUITE 477 WEST HOLLYWOOD, CALIFORNIA 90046-2401   TEL: (310) 717-3632 | |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff   ☐ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant   ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☒ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify):   ☐ 6 Multi-District Litigation   ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☐ Yes  ☒ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes  ☐ No     ☒ **MONEY DEMANDED IN COMPLAINT:** $ 27,000.000.00

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
PERSONAL INJURY LEFT SIDED STROKE CAUSED BY 13 DEFENDANTS IN TEMECULA, CALIFORNIA

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☒ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | **BANKRUPTCY** | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | **FORFEITURE / PENALTY** | **PROPERTY RIGHTS** |
| ☐ 810 Selective Service | | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | | ☐ 443 Housing/Acco-mmodations | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 365 Personal Injury-Product Liability | ☐ 444 Welfare | | **SOCIAL SECURITY** |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | | ☐ 445 American with Disabilities - Employment | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | **REAL PROPERTY** | **IMMIGRATION** | ☐ 446 American with Disabilities - Other | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | ☐ 462 Naturalization Application | | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | ☐ 463 Habeas Corpus-Alien Detainee | ☐ 440 Other Civil Rights | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | ☐ 465 Other Immigration Actions | | | **FEDERAL TAX SUITS** |
| ☐ 950 Constitutionality of State Statutes | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

**CV 09 - 04143 R** *FMOx*

**FOR OFFICE ONLY:**   Case Number:

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

JUN 1 0 2009

### UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
#### CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑No ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑No ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**

(Check all boxes that apply) ☐ A. Arise from the same or closely related transactions, happenings, or events; or

                ☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

                ☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or

                ☐ D. Involve the same patent, trademark or copyright, <u>and</u> one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☐  Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| RIVERSIDE COUNTY, CALIFORNIA | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☐  Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| RIVERSIDE COUNTY, CALIFORNIA | |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
    **Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| RIVERSIDE COUNTY, CALIFORNIA | |

**\* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
<u>Note: In land condemnation cases, use the location of the tract of land involved</u>

X. SIGNATURE OF ATTORNEY (OR PRO PER): *Alan Isadore Hart*     Date JUNE 10, 2009

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

8033 West Sunset Boulevard-Suite 477
West Hollywood, California 90046-2401
Telephone: (310) 717-3632
Facsimile:  (323) 848-8314
*Pro Se Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN ISADORE LEVITT, an individual, | CASE NO . _____ |
| Plaintiff, | <u>CIVIL COMPLAINT FOR:</u> |
| V. | PERSONAL INJURY DIRECT CAUSATION- STROKE - CA CCP SECT 25 & 29. |
| PECHANGA RESORT & CASINO aka Pechanga Band of Mission Indians, | DUE PROCESS RIGHT TO COUNSEL - 42 U.S.C. CONSPIRACY AGAINST RIGHTS, CONSPIRACY TO COMMIT A CRIME, CONSPIRACY TO COMMIT KIDNAPPING - 18 U.S.C. Section 241. |
| PECHANGA DEVELOPMENT CORP., dba "Pechanga Resort & Casino" incorporated Indian tribe, | KIDNAPPING WITH USE OF DEADLY WEAPON COERCION WITH USE OF A DEADLY WEAPON - 18 U.S.C. Section 241. |
| PECHANGA GAMING COMMISSION, "a citizen of state", incorporated tribe arm) | "RICO" CASINO EXTORTION CORRUPTION BY MANAGEMENT - 18 U.S.C. Sect. 1963, 1964. EMBEZZLEMENT AND THEFT FROM INDIAN) TRIBAL ORGANIZATIONS 18 U.S.C. Sect 1163. |
| WS INVESTIGATIONS, INC., dba Walter Stewart Investigations, Inc., a California corporation, | THEFT FROM GAMING ESTABLISHMENTS ON INDIAN LANDS - 18 U.S.C. Section 1167. THEFT BY OFFICERS OR EMPLOYEES OF GAMING ESTABLISHMENTS ON INDIAN |
| WALTER STEWART, an individual, MARK MACARRO, an individual, AMY MINNEAR, an individual, JIM MUNOA, an individual, NORMAN PICO, SR., an individual, LARRY MIRANDA, an individual, JIM HERRERA RUSSELL, an individual, JOHN J. JAMES, an individual, BRIAN HEBERT, an individual, | LANDS - 18 U.S.C. Section 1168. OFFENSES COMMITTED WITHIN INDIAN COUNTRY - 18 U.S.C. Section 1153. DEFAMATION - 28 U.S.C. Section 1332. LOSS OF PARENTAL CONSORTIUM BREACH OF CONFIDENCE - CA CCP SECT 26. INTENTIONAL AFFLICATION OF EMOTIONAL DISTRESS - CA CCP SECT 25/29 TRESPASSING - PERSONAL RESIDENCE 18 U.S.C Section 7011 |
| and DOES 1 through 10, inclusive; | HARASSMENT OF NON-EMPLOYEE 18 U.S.C. Section 1514. |
| Defendants. | TORTIOUS INTERFERENCE WITH ADVANTAGEOUS BUSINESS RELATIONSHIPS - 42 U.S.C. Section 1981 |

ALAN ISADORE LEVITT
8033 West Sunset Boulevard-Suite 477
West Hollywood, California 90046-2401

ALAN ISADORE LEVITT
8033 West Sunset Boulevard-Suite 477
West Hollywood, California 90046-2401

## COMPLAINT AND JURY TRIAL DEMAND

Plaintiff, ALAN ISADORE LEVITT, by and through his

undersigned *Pro Se Counsel*, sues Defendants, PECHANGA RESORT

& CASINO ("PR&C"), PECHANGA DEVELOPMENT

CORPORATION ("PDC"), PECHANGA GAMING COMMISSION

("PGC"), WS INVESTIGATIONS, INCORPORATED,

WALTER STEWART, MARK MACARRO, AMY MINNEAR, JIM

MUNOA, NORMAN PICO, SR., LARRY MIRANDA, JIM HERRERA

RUSSELL, JOHN J. JAMES, BRIAN HEBERT, and states as follows:

## JURISDICTION

1.      This is a seventeen (17) count action brought pursuant to the laws
of the United States, to wit, for Personal Injury Direct Causation Stroke
CA, CCP Sect 25, 29; Due Process Right To Counsel violation, 42 U.S.C.
Conspiracy Against Rights, Conspiracy To Commit A Crime,
Conspiracy To Commit Kidnapping, 18 U.S.C. Section 241; Kidnapping
With Use Of Deadly Weapon, Coercion With Use Of A Deadly Weapon,
18 U.S.C. Section 241; "Rico" Casino Extortion Corruption By
Management, 18 U.S.C. Section 1963, 1964; Embezzlement And Theft
From Indian Tribal Organizations, 18 U.S.C. Section 1163; Theft From
Gaming Establishments On Indian Lands, 18 U.S.C. Section 1167; Theft
By Officers Or Employees Of Gaming Establishments On Indian
Lands, 18 U.S.C. Section 1168; Offenses Committed Within Indian
Country, 18 U.S.C. Section 1153; Defamation, 28 U.S.C. Section 1332;
Loss Of Parental Consortium, CA CCP Section 25-29; Breach Of
Confidence, 28 U.S.C. Section 1257, CA CCP Section 26; Intentional
Affliction Of Emotional Distress, CA CCP Section 25, 29; Title VII of

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

ALAN ISADORE LEVITT,
an individual,

PLAINTIFF(S)

CASE NUMBER

CV 09 - 04143 R (FMOx)

v.

PECHANGA RESORT & CASINO

(see attached)

DEFENDANT(S).

SUMMONS

TO:     DEFENDANT(S): _____

A lawsuit has been filed against you.

Within _20_ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.   The answer or motion must be served on the plaintiff's attorney, _ALAN ISADORE LEVITT pro se____, whose address is _8033 W SUNSET BLVD-SUITE 477, WEST HOLLYWOOD CA 90046-2401_____. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

**TERRY NAFISI**

Clerk, U.S. District Court

Dated: JUNE 10, 2009 _____

By: _____

Deputy Clerk

L. MURR

(Seal of the Court)

[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].

8033 West Sunset Boulevard-Suite 477
West Hollywood, California 90046-2401
Telephone: (310) 717-3632
Facsimile:   (323) 848-8314
*Pro Se Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN ISADORE LEVITT, an individual, | )<br>)<br>) | **CASE NO .** _____ |
| | ) | **CIVIL COMPLAINT FOR:** |
| Plaintiff, | ) | PERSONAL INJURY DIRECT CAUSATION- |
| V. | ) | STROKE - CA CCP SECT 25 & 29. |
| | ) | DUE PROCESS RIGHT TO COUNSEL - 42 U.S.C. |
| PECHANGA RESORT & CASINO aka Pechanga Band of Mission Indians, | ) | CONSPIRACY AGAINST RIGHTS, CONSPIRACY TO COMMIT A CRIME, CONSPIRACY TO COMMIT KIDNAPPING - 18 U.S.C. Section 241. |
| PECHANGA DEVELOPMENT CORP., dba "Pechanga Resort & Casino" incorporated Indian tribe, | )<br>)<br>) | KIDNAPPING WITH USE OF DEADLY WEAPON COERCION WITH USE OF A DEADLY WEAPON - 18 U.S.C. Section 241. |
| PECHANGA GAMING COMMISSION, "a citizen of state", incorporated tribe arm) | ) | "RICO" CASINO EXTORTION CORRUPTION BY MANAGEMENT - 18 U.S.C. Sect. 1963, 1964. EMBEZZLEMENT AND THEFT FROM INDIAN) TRIBAL ORGANIZATIONS 18 U.S.C. Sect 1163. |
| WS INVESTIGATIONS, INC., dba Walter Stewart Investigations, Inc., a California corporation, | )<br>)<br>) | THEFT FROM GAMING ESTABLISHMENTS ON INDIAN LANDS - 18 U.S.C. Section 1167. THEFT BY OFFICERS OR EMPLOYEES OF GAMING ESTABLISHMENTS ON INDIAN |
| WALTER STEWART, an individual, MARK MACARRO, an individual, AMY MINNEAR, an individual, JIM MUNOA, an individual, NORMAN PICO, SR., an individual, LARRY MIRANDA, an individual, JIM HERRERA RUSSELL, an individual, JOHN J. JAMES, an individual, BRIAN HEBERT, an individual, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | LANDS - 18 U.S.C. Section 1168. OFFENSES COMMITTED WITHIN INDIAN COUNTRY - 18 U.S.C. Section 1153. DEFAMATION - 28 U.S.C. Section 1332. LOSS OF PARENTAL CONSORTIUM BREACH OF CONFIDENCE - CA CCP SECT 26. INTENTIONAL AFFLICATION OF EMOTIONAL DISTRESS - CA CCP SECT 25/29 TRESPASSING - PERSONAL RESIDENCE 18 U.S.C Section 7011 |
| and DOES 1 through 10, inclusive; | )<br>)<br>) | HARASSMENT OF NON-EMPLOYEE 18 U.S.C. Section 1514. TORTIOUS INTERFERENCE WITH |
| Defendants. | )<br>)<br>) | ADVANTAGEOUS BUSINESS RELATIONSHIPS - 42 U.S.C. Section 1981 |

ALAN ISADORE LEVITT
8033 West Sunset Boulevard-Suite 477
West Hollywood, California 90046-2401

ALAN ISADORE LEVITT<br>
8033 West Sunset Boulevard Suite 477<br>
West Hollywood, California 90046-2401

## COMPLAINT AND JURY TRIAL DEMAND

Plaintiff, ALAN ISADORE LEVITT, by and through his

undersigned *Pro Se Counsel*, sues Defendants, PECHANGA RESORT

& CASINO ("PR&C"), PECHANGA DEVELOPMENT

CORPORATION ("PDC"), PECHANGA GAMING COMMISSION

("PGC"), WS INVESTIGATIONS, INCORPORATED,

WALTER STEWART, MARK MACARRO, AMY MINNEAR, JIM

MUNOA, NORMAN PICO, SR., LARRY MIRANDA, JIM HERRERA

RUSSELL, JOHN J. JAMES, BRIAN HEBERT, and states as follows:

## JURISDICTION

1.     This is a seventeen (17) count action brought pursuant to the laws
of the United States, to wit, for Personal Injury Direct Causation Stroke
CA, CCP Sect 25, 29; Due Process Right To Counsel violation, 42 U.S.C.
Conspiracy Against Rights, Conspiracy To Commit A Crime,
Conspiracy To Commit Kidnapping, 18 U.S.C. Section 241; Kidnapping
With Use Of Deadly Weapon, Coercion With Use Of A Deadly Weapon,
18 U.S.C. Section 241; "Rico" Casino Extortion Corruption By
Management, 18 U.S.C. Section 1963, 1964; Embezzlement And Theft
From Indian Tribal Organizations, 18 U.S.C. Section 1163; Theft From
Gaming Establishments On Indian Lands, 18 U.S.C. Section 1167; Theft
By Officers Or Employees Of Gaming Establishments On Indian
Lands, 18 U.S.C. Section 1168; Offenses Committed Within Indian
Country, 18 U.S.C. Section 1153; Defamation, 28 U.S.C. Section 1332;
Loss Of Parental Consortium, CA CCP Section 25-29; Breach Of
Confidence, 28 U.S.C. Section 1257, CA CCP Section 26; Intentional
Affliction Of Emotional Distress, CA CCP Section 25, 29; Title VII of